IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10668
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES L. WILD,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CV-0177-X
- - - - - - - - - -

February 2, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:*

James L. Wild's, federal prisoner # 44968-019, motion for leave to file a brief in excess of the page limit is GRANTED. Wild appeals the district court's denial of his motion for a new trial pursuant to Fed. R. Crim. P. 33. We have reviewed the record and the briefs of the parties and find no reversible error. Accordingly, we AFFIRM for the reasons stated by the magistrate judge and adopted by the district court. See United States v. Wild, No. 3-94-CR-0177-X (N.D. Tex., May 22, 1998). Wild's remaining motions are DENIED.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.